*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 21-BG-198**

IN RE BARRY N. FRANK

**2019 DDN 194**

An Administratively Suspended Member
of the Bar of the District of Columbia
Court of Appeals

**Bar Registration. No. 371252**

BEFORE: Glickman and McLeese, Associate Judges, and Fisher, Senior Judge.

## O R D E R
(FILED – June 17, 2021)

On consideration of the certified order from the state of New York accepting respondent's resignation from the practice of law while he was under disciplinary investigation; this court's April 15, 2021, order suspending respondent pending resolution of this matter and directing him to show cause why the functional reciprocal discipline of disbarment should not be imposed; the statement of Disciplinary Counsel; and it appearing that respondent failed to file a response to this court's order to show cause or his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Barry N. Frank is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement respondent's disbarment will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**